REVISED DATE: 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 16CV405

(leave this space blank)

FILED
MAY 0 2 2016
Clerk U.S. District Court
Greensboro NC
BY

Lawrence Alvin Bullock III m.G.T.R.-x-

_____
(enter full names of each plaintiff(s))

v.

Bethanna Ridgeway m.0.

Hearther Driver

Golda Render

Bonnie Wilikin

(enter full names of each defendant(s))

Inmate Number _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I.    HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES (x) NO ( )

If your answer is YES, describe the former lawsuit in the space provided below:

I written the same lawsuit about the taking of and embezzlement federal government funding this what the state psychiatric hospital done.

II.   DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES(x) NO ( )

If your answer is YES:

1. What steps did you take?   Grievance

2. What was the result? (Attach copies of grievances or other supporting documentation.)

_____

Page 1 of 5

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at (C.K.P.H.) _____, and I am now being housed at Central Regional Hospital Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

✓ I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III.  **PARTIES:**
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff:  Lawrence Alvin Bullock III m.c.T.R-X-

Name of Present Confinement  (C.R-P.H.)

Address of Present Confinement  300 Veazey Rd. Butner, N.C. 27509-1626

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B.  Defendant  Henry Galleway III

Position  TSS II Staff

Employed at  (C.R.P.H.)

Address  300 Veazey Rd. Butner, N-C. 27509-1626

Capacity in which being sued: Individual ( ) Official ( ) Both (X)

C.  Defendant  Robert Perry Williams

Position  TSS II Staff

Employed at  (C.R-P.H.)

Address  300 Veazey Rd. Butner N/C. 27509-1626

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

Case 1:16-cv-00405-WO-JLW   Document 1   Filed 05/03/16   Page 2 of 5

D. Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

E. Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

F. Defendant _____

Position _____

Employed at _____

Address _____

Capacity in which being sued: Individual ( ) Official ( ) Both ( )

## IV. STATEMENT OF CLAIM

State here as briefly as possible the **FACTS** of your case. Describe how each defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

This a federal complaintant That I have written on the State psychiatric Hospital, the above steffs member's these are the seven staff that were in the office at the time the government package that arrived at (C.K.P.H.) From the Twelve Bell Chamber of Congress (9:45) and The check came in the name of Sinclair Rahim muhammad K-m-x-N.S.H.) Federal Action need to be taking against State psychiatric Hospital for embezzlement federal government funding.

Page 3 of 5

REVISED DATE: 09/2001

In the government package were six one thousand dollar's bill's government Food Stamps with the picture of Sinclair Rahim muhammad were written on the Thousand dollar's Bill Stamp's/This was a obstacle illusion, what were in the government package were a (Gold medal) that are missing also the check and the Stamps/. I'm asking what could Chamber of congress or the United States federal court could do about this matter that I'm putting in the u.s. federal District court'/Bethunna Ridgeway/Henry Galleway III Heather Driver/Golda Bender/Bonnie willich/ Robert Derr/Y.Williams/Burce Dixion/.Henex Galleway III whom were said to taking the Gold medal and the six thousand Bill's dollar's Stamp's/. Sinclair Rahim muhammad/my (SSH)(SSI) were Sent through Chamber of Congress (2002) it took twelve year's to go through Chamber of Congress it's arrived (3/21/20(c/) at (C.R.P.H.) The federal government check were emberzlement by (C.R.V.H.).

## V. RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

Hon. William L. Obsteen jr. this a federal offended emberzlement funding of the government with doubt the sign or signature of I Lawrence Hunt Bullocle III m.c.T.k.x— I would like to the clairification of professional

Case 1:16-cv-00405-WO-JLW    Document 1    Filed 05/03/16    Page 4 of 5

REVISED DATE: 09/2001

Chronic and pathological lxing about this matter of what became of the checks that were sent to (C.R.D.H.) U.S. federal District court Judge need a jury to hearing this case that I have befor your all!!!

Signed this 4 day of 27 , 201 6.

_Claire Mcleon Muhammad_
Signature of Plaintiff

_Larence Alain Bullock TDYL TRX_
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

4-27-2016
Date

_Larence Alain Bullock TDYL BTKX_
Signature of Plaintiff

_Lillin Yahim Muhammad_
Signature of other Plaintiffs
(if necessary)

Case 1:16-cv-00405-WO-JLW    Document 1    Filed 05/03/16    Page 5 of 5